Natasha Prinzing Jones
(MT Bar No. 5226)
Matthew B. Hayhurst
(MT Bar No. 4979)
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile:  (406) 549-6804
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar *(PHV pending)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700
ambikakumar@dwt.com

Tim Cunningham *(PHV pending)*
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile:  (503) 778-5299
timcunningham@dwt.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, and DALE STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendants. | CV-23-56-DWM<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF AMBIKA KUMAR** |

Pursuant to Local Rule 83.1(d) of the United States District Court for the District of Montana, Natasha Prinzing Jones respectfully moves the Court for the admission *pro hac vice* of attorney Ambika Kumar, DAVIS WRIGHT TREMAINE LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104, for the purposes of this action.

The Declaration attached to this motion sets forth the merits of the motion pursuant to Local Rule 83.1(d)(4). Ms. Kumar is an active member in good standing of the courts set forth in her Declaration, is of good moral character, and has been retained to appear in this Court on behalf of Plaintiffs.

Furthermore, pursuant to Local Rule 83.1(d)(3), Ms. Kumar has obtained the written consent of the undersigned local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom documents will be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

WHEREFORE, Plaintiffs respectfully request that the Court grant its Motion for *Pro Hac Vice* Admission of Amika Kumar and allow Ms. Kumar to participate as counsel for Plaintiffs in this matter. A Proposed Order is attached.

/ / /

/ / /

/ / /

/ / /

DATED: May 18, 2023

        <u>/s/ Natasha Prinzing Jones</u>
        Natasha Prinzing Jones
        Matthew Hayhurst
        BOONE KARLBERG P.C.
        *Attorneys for Plaintiffs*

## CONSENT

Pursuant to Local Rule 83.l(d)(3), Natasha Prinzing Jones of Boone Karlberg P.C., 201 W. Main Street, Suite 300, P.O. Box 9199, Missoula, Montana 59807-9199, 406-543-6646, certifies that she is a member in good standing of the State Bar of Montana, and hereby consents to being associated as attorney of record in the above-referenced case, and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom papers shall be served, and who will be responsible to participate as required under Local Rule 83.1(d)(7).

DATED: May 18, 2023

BOONE KARLBERG P.C.

_____
Natasha Prinzing Jones