Natasha Prinzing Jones
(MT Bar No. 5226)
Matthew B. Hayhurst
(MT Bar No. 4979)
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile:  (406) 549-6804
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar *(PHV pending)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700
ambikakumar@dwt.com

Tim Cunningham *(PHV pending)*
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile:  (503) 778-5299
timcunningham@dwt.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, and DALE STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendants. | CV-23-56-DWM<br><br>**DECLARATION OF AMBIKA KUMAR IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Ambika Kumar, state as follows:

1.  I, by and through Montana counsel and pursuant to Rule 83.1(d) of the Local Rules of Procedure of the United States District Court for the District of Montana, respectfully apply to the Court to appear in this case *pro hac vice* on behalf of Plaintiffs.

2.  I do not reside in Montana, nor am I regularly employed in Montana. I reside in the State of Washington and have my office at Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, Washington 91804, Phone: (206) 622-3150, Fax: (206) 757-7700, Email: ambikakumar@dwt.com.

3.  I will pay, simultaneously with filing this application, the admission fee shown on the Court's website.

4.  I am proficient in electronic filing in another federal district court.

5.  I have been admitted to practice before the following courts:

| **Court** | **Date Admitted** |
|---|---|
| Supreme Court of Washington | 11/16/2006 |
| USDC, Western District of Washington | 07/03/2007 |
| 9th Circuit Court of Appeals | 10/15/2007 |
| USDC, Eastern District of Michigan | 04/01/2013 |
| 1st Circuit Court of Appeals | 06/30/2015 |
| 7th Circuit Court of Appeals | 10/01/2015 |
| 2nd Circuit Court of Appeals | 08/29/2018 |
| 8th Circuit Court of Appeals | 04/16/2019 |

| **Court** | **Date Admitted** |
|---|---|
| 3rd Circuit Court of Appeals | 09/19/2019 |
| 11th Circuit Court of Appeals | 10/30/2019 |
| 6th Circuit Court of Appeals | 11/07/19 |
| 5th Circuit Court of Appeals | 12/12/19 |
| Supreme Court of the United States | 10/31/2022 |
| USDC, Eastern District of Washington | 11/07/2022 |

My admission to these courts has not been terminated.

6. I am in good standing and eligible to practice in each of the courts listed above and am not currently suspended or disbarred in any other court.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (f) or their state equivalent.

8. I am not currently making, nor have I made within the two years preceding this application, any *pro hac vice* applications to the Court.

9. I understand that *pro hac vice* admission in this Court is personal to me only and not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

10. In accordance with Montana Rule of Professional Conduct 8.5, I swear and affirm that I will be bound by the Montana Rules of Professional Conduct (except Rules 6.1 through 6.4) in my practice of law in this State.

Furthermore, I understand and certify that I will be subject to the disciplinary authority of this State. A copy of this certification will be mailed contemporaneously to the State Bar of Montana in Helena. Furthermore, pursuant to Local Rule 83.2(a), I understand that the standards of professional conduct of attorneys appearing in this Court include the American Bar Association's Model Rules of Professional Conduct and the Montana Rules of Professional Conduct.

    11.    I swear and affirm under penalty of perjury that I am the Applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true to my knowledge.

Executed this 18th day of May, 2023, at Seattle, Washington

_____
Ambika Kumar