IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>　　　　　Defendant. | CV 23–56–M–DWM<br><br><br>ORDER |

　　　　Plaintiffs move for the admission of Tim Cunningham to practice before this Court in this case with Natasha Prinzing Jones to act as local counsel. Mr. Cunningham's application appears to be in order.

　　　　Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Tim Cunningham *pro hac vice* (Doc. 4) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing; sign his or her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing party.

DATED this 18th day of May, 2023.

_____
Donald W. Molloy, District Judge
United States District Court