Natasha Prinzing Jones
(MT Bar No. 5226)
Matthew B. Hayhurst
(MT Bar No. 4979)
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
ambikakumar@dwt.com

Tim Cunningham *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
timcunningham@dwt.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, and DALE STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendants. | CV-23-56-DWM<br><br>**ACKNOWLEDGMENT AND ACCEPTANCE OF PRO HAC VICE ADMISSION** |

I, Ambika Kumar, admitted pro hac vice on May 18, 2023, hereby acknowledge receipt of and accept the Court's Order (Doc. 5), and I hereby affirm the following conditions:

1. Local counsel, Natasha Prinzing Jones and Matthew B. Hayhurst of Boone Karlberg P.C., serve as co-lead counsel;

2. I will do my own work. I will do my own writing, sign my own pleadings, motions and briefs, and I will appear and participate personally in all proceedings before this Court;

3. Local counsel, Natasha Prinzing Jones and Matthew B. Hayhurst of Boone Karlberg P.C. will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

4. I am the attorney with authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

5. Admission is personal to me; it is not an admission of the Davis Wright Tremaine law firm.

4859-3340-5029v.2 0113766-000030

DATED: May 22, 2023

| DAVIS WRIGHT TREMAINE LLP | BOONE KARLBERG P.C. |
|---|---|
| /s/ Ambika Kumar | /s/ Natasha Prinzing Jones |
| Ambika Kumar | Natasha Prinzing Jones |
| *Attorneys for Plaintiffs* | Matthew B. Hayhurst |
| | *Attorneys for Plaintiffs* |

4859-3340-5029v.2 0113766-000030