IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　　　　Plaintiffs,<br>and<br><br>TIKTOK INC.,<br><br>　　　　　　　　Consolidated Plaintiff,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>　　　　　　　　Defendant. | Lead Case No.<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br>ORDER |

There being common issues of fact and law, consolidation of the above-captioned cases is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2). Accordingly,

IT IS ORDERED the above-captioned cases are consolidated for all further proceedings under the case number CV 23–56–M–DWM and captioned as shown above. The Clerk of Court shall file this Order in the docket for each case.

1

IT IS FURTHER ORDERED that the defendants in the member case shall file their answer in CV 23–61–M–DWM in CM/ECF. All other documents shall be filed in the lead case, CV 23–56–M–DWM, and spread to the member case.

DATED this 28th day of June, 2023.

Donald W. Molloy, District Judge
United States District Court