# **EXHIBIT A**

# STEVEN WEBER

steve_weber@berkeley.edu
+1 415-203-8432

Professor of the Graduate School
UC Berkeley School of Information
203 B South Hall
UC Berkeley, Berkeley CA 94720

Partner, Breakwater Strategy
555 11th Street NW
Washington DC 20004

Major Fields of Work

International Political Economy
Technology and Data Governance
International Institutions
American Foreign Policy, particularly National Security and FDI Issues
Applications of Cognitive and Behavioral Psychology to Decision-making
Scenarios and Strategic Planning

Education

July 1988 June 1989 Postdoctoral Fellow Center for International Affairs, Harvard University
March 1985  June 1988 Ph.D., Stanford Dept. of Political Science
Sept. 1982  June 87 M.D. Student, Stanford Medical School
Sept 1984  March 85 M.A.  Stanford Dept. of Political Science
Sept 1979  June 82   B.A. Washington University (History, International Development)

Administrative Appointments UC Berkeley

Director, Institute of International Studies,  2004-2009
Founder and Director, Center for Long Term Cybersecurity, UC Berkeley, 2015 - 2022
Associate Dean and Head of School of Information, Division of Computing Data Science and Society 2020-2021

*Books*

<u>Bloc By Bloc: How to Organize a Global Enterprise for the New Regional Order</u> Harvard University Press, 2019.

<u>The End of Arrogance: America in the Global Competition of Ideas</u>  Harvard University Press, 2010 (with Bruce Jentleson)

<u>The Success of Open Source</u> Harvard University Press, 2004.

<u>Cooperation and Discord in US-Soviet Arms Control</u>, Princeton University Press, 1991.

*Edited Books*

<u>Deviant Globalization: Black Market Economy in the 21st Century</u>  Continuum Press, 2011 (with Nils Gilman and Jesse Goldhammer)

<u>Globalization and The European Political Economy</u> Columbia University Press, 2001.

<u>European Integration and American Federalism:  A Comparative Perspective</u>  (with Richard Herr).  Berkeley:  University of California, International and Area Studies, 1996.

*Monographs*

<u>Shaping the Postwar Balance of Power 19471961:  Multilateralism in NATO</u>, UC Berkeley Institute of International Studies, Research Papers in International Affairs, Spring 1991. A shorter version of this monograph appears as a chapter in <u>Multilateralism Matters:  The Anatomy of an Institution</u>, edited by John Ruggie, Columbia University Press, 1993.

<u>Cybersecurity Futures 2020</u>. Report issued by the Center for Long Term Cybersecurity UC Berkeley 2015

*Coauthored Books*

<u>Tracking A Transformation</u> (with BRIE co-authors).  Brookings Institution Press, 2001.

<u>The Highest Stakes:  Economic Foundations of the New Security Order</u>,  Oxford University Press, 1992. (with John Zysman, Micheal Borrus, et. al.

*Selected Papers*

"Realism, Detente, and Nuclear Weapons", <u>International Organization</u> 44. Winter 1990.

"Cooperation and Interdependence", <u>Daedalus</u>, 120, Winter 1991. [Reprinted in Emannuel Adler, ed., <u>The Theory and Practice of Arms Control</u>, Johns Hopkins University Press, 1992.]

<u>Origins of the European Bank for Reconstruction and Development</u>.  Working Paper Series, Harvard University Center for European Studies, 1992.

"Shaping the Postwar Balance of Power", <u>International Organization</u> 46.  Summer 1992.

"Mercantilism and Global Security" (with John Zysman and Michael Borrus), <u>The National Interest</u>, Autumn 1992.

"Origins of the European Bank for Reconstruction and Development", <u>International Organization</u> 48. Winter 1994.

"International Political Economy 'After' The Business Cycle".  <u>Journal of Social, Political, and Economic Studies</u>.  21.  Fall 1996.

"The Changing Politics of EMU", <u>Swiss Political Science Review</u>.  2.  Fall 1996.

"The End of the Business Cycle?" <u>Foreign Affairs</u>  July-August 1997.

"Prediction and the Middle East Peace Process", <u>Security Studies</u> 6.  Summer 1997.

"Emerging Markets: Good for US?  Good for Everyone?" (with Elliot Posner), <u>Brown Journal of International Affairs</u>. Summer 1998.

"Five Scenarios of the Israeli-Palestinian Relationship in 2002," <u>Security Studies</u> 7.  Summer 1998 (with Janice Stein et.al.)

"Organizing International Politics:  Sovereignty and Open Systems," (with Christopher Ansell) <u>International Political Science Review</u>.  January 1999.

"A Certain Idea of Nuclear Weapons:  France's Non-Proliferation Policies in Theoretical Perspective," (with Nicolas Jabko), <u>Security Studies</u> 8. Winter 1999.

"God Gave Physics the Easy Problems:  Adapting Social Science to an Unpredictable World," <u>European Journal of International Relations</u>  6.  Winter 2000.   (with Janice Stein, Ned Lebow, and Steven Bernstein)

"International Organizations and the Pursuit of Justice in the World Economy," <u>Ethics and International Affairs</u>, Winter, 2000.

"Creating a Pan-European Equity Market: The Origins of EASDAQ," <u>Review of International Political Economy</u> Winter 2001 (with Elliot Posner)

"The Political Economy of Open Source Software"  BRIE Working Paper # 140, University of California, Berkeley.  At http://brie.berkeley.edu/~brieww/pubs/wp/wp140.pdf  (A shorter version is published in Tracking a Transformation, Brookings Institution, 2001).

"E-Finance and the Politics of Transitions," in "Electronic Finance: A New Perspective and Challenges," BIS Paper No. 7 (Bank of International Settlements, November 2001). (with John Zsyman)

"The New Economy and Economic Growth in Developing Countries:  Speculations on the Meaning of Information Technology for Emerging Markets", (with John Zysman).  Emergo: A Journal of Transforming Economies and Societies, 2003.

"Will Information Technology Reshape the North-South Asymmetry of Power in the Global Political Economy?" (with Jennifer Bussell).  Studies in Comparative International Development 40.  Summer, 2005.

"Getting to No," (with James Goldgeier), The National Interest, Winter 2006.

"The International Implications of China's Fledgling Regulatory State:  From Product Maker to Rule Maker" (with Abraham Newman and David Bach), New Political Economy December 2006.

"How Globalization Went Bad" (with Naazneen Barma, Ely Ratner, and Matthew Kroenig), Foreign Policy 2007.

"A World Without the West," (with Naazneen Barma and Ely Ratner), The National Interest. 2007.

"America's Hard Sell," (with Bruce Jentleson), Foreign Policy 2008.

"A World Without the West:  Empirical Patterns and Theoretical Implications," Chinese Journal of International Politics 2, 2009.  (with Naazneen Barma, Giacomo Chiozza, and Ely Ratner)

"Taking Soft Power Seriously," Comparative Strategy 2010 (with Matthew Kroenig and Melissa McAdam)

"The Mythical Liberal Order", The National Interest 2013 (with Naazneen Barma and Ely Ratner)

'Visualizing ambivalence: showing what mixed feelings look like'. (with Galen Panger and Bryan Rea) 2013. In CHI '13 Extended Abstracts on Human Factors in Computing Systems (CHI EA '13). ACM

'Back in the USSR:  Is the European Union Heading for a Soviet-Style Collapse?' The American Interest  (with Nils Gilman) December 2016

"The New World of Data: Four Provocations on the Internet of Things" (with Richmond Wong), <u>First Monday</u> February 2017.

"Can You Secure an Iron Cage?" (with Nils Gilman and Jesse Goldhammer), <u>Limn 8</u> 2017.

'Coercion in Cybersecurity: What Public Health Models Reveal', <u>Journal of Cybersecurity</u> May 2017

'Data, Development, and Growth,' <u>Business and Politics</u> September 2017

"Moving Slowly, Not Breaking Enough: Trump's Cybersecurity Accomplishments" (with Betsy Cooper), <u>Bulletin of the Atomic Scientists</u> October 2017.

'The Long Game of Chinese Techno-nationalism', (with Shazeda Ahmed), <u>First Monday</u> April 2018.

"Reducing the Waste from our Digital Lives," *Noema*, April 2021 (with Ann Cleaveland et. al.)

"The 2020s Political Economy of Machine Translation," *Business and Politics*, 2022.

'A To-Do List for Web 3 Visionaries' *Noema*, March 2022 (with Arik Ben-Zvi)


### *Selected Book Chapters etc*
.
"U.S.-Soviet Attempts to Regulate Military Activities in Space", in <u>U.S. Soviet Security Cooperation: Achievements, Failures, Lessons</u>. Alexander George, Phillip Farley, Alexander Dallin, editors. Oxford University Press, 1988. (with Sidney Drell)

"Interactive Learning in US Soviet Arms Control", in <u>Learning in US and Soviet Foreign Policy</u>, George Breslauer and Philip Tetlock, eds., Westview Press, 1991.

"The Superpowers and Regional Conflicts After the Cold War", in Breslauer, Kriesler, and Ward, ed. <u>Regional Conflicts after the Cold War</u>, Institute of International Studies, Berkeley, 1991.

"Does NATO Have A Future?", Beverly Crawford, ed. <u>The Future of European Security</u>, IIS, Berkeley, 1992.

"Security After 1989," in <u>Nuclear Weapons In The Changing World : Perspectives From Europe, Asia, and North America</u>, Patrick Garrity and Steven A. Maarenan eds. New York: Plenum Press, 1992.

"Institutions and Change", in Micheal Doyle and G. John Ikenberry, eds. <u>New Thinking in International Relations</u>, Westview Press, 1997.

"European Union Conditionality", in Barry Eichengreen, Jeffrey Frieden, and Jurgen Von Hagen, eds. <u>Politics and Institutions in an Integrated Europe</u>, Springer-Verlag, Berlin, 1995.

"Counterfactuals Past and Future", in Phillip Tetlock and Aaron Belkin, eds., <u>Counterfactual Thought Experiments in World Politics:  Logical, Methodological, and Psychological Perspectives</u>, Princeton University Press, 1996.

"Nested Institutions and European Monetary Union", in Vinod Aggarwal, ed. <u>Institutional Designs for a Complex World : Bargaining, Linkages, and Nesting</u>  Cornell University Press, 1998.

"Why the Changed Relation Between Security and Economics Will Alter the Character of the European Union", (with John Zysman), in Zysman and Andrew Schwartz, eds., <u>Enlarging Europe: The Industrial Foundations of a New Political Reality</u>  Berkeley:  IAS, 1998.

"A Modest Proposal for NATO Expansion", in Robert W. Rauchhaus (ed.), <u>Explaining NATO Enlargement</u>, London: Frank Cass, 2000. Also in <u>Contemporary Security Policy</u>, Vol.21, No.2 August 2000.

"Governance and Politics of the Internet Economy -- Historical Transformation or Ordinary Politics With a New Vocabulary?" (with John Zysman) in <u>International Encyclopedia of the Social and Behavioral Sciences</u>, Neil Smelser and P. B. Baltes, eds.  Oxford:  Elsevier, 2000.

"National Security and The War Potential of Nations," in <u>International Encyclopedia of the Social and Behavioral Sciences</u>, Neil Smelser and P. B. Baltes, eds.  Oxford:  Elsevier, 2000.

"Tools for Thought", in <u>Tracking a Transformation</u>, Brookings Institution, 2001. (with Brad DeLong, John Zysman, and Stephen Cohen).

"The Political Economy of Open Source Software and Why It Matters," in <u>Digital Formations:  IT and New Architectures in the Global Realm</u>, Robert Latham and Saskia Sassen, eds.  New Jersey: Princeton University Press, 2005.

"Patterns of Governance in Open Source," in Chris DiBona, Danese Cooper, and Mark Stone, eds., <u>Open Sources 2.0, The Continuing Evolution</u>. Sebastopol CA:  O'Reilly, 2005.

"From Linux to Lipitor:  Pharma and the Coming Reconfiguration of Intellectual Property,", in John Zysman and Abraham Newman, eds., <u>How Revolutionary was the Digital Revolution: National Responses, Market Transitions, and Global Technology</u>.  Stanford CA:  Stanford University Press, 2006.

"Probing the Value of Shared Data in the Modern Economy", Report to the Kaufmann Foundation, 2012 (With AnnaLee Saxenian)

"Deviant Globalization," (in Michael Miklaucic and Jacqueline Brewer, ed., Convergence: Illicit Networks and National Security in the Age of Globalization, National Defense University Press, 2013 (with Nils Gilman and Jesse Goldhammer)

"Why Universities and Foundations Should Get Together Sooner", Chronicle of Higher Education April 2017 (with James Goldgeier, Bruce Jentleson, and Jessica Trisko Darden.)

***Selected Recent Policy Writing and Engagement***

Inertia is the Enemy of Cybersecurity, The Hill 11/6/21 https://thehill.com/opinion/cybersecurity/580383-inertia-is-the-enemy-of-cybersecurity

Cyber Workforce Incubator, 2017, https://cltc.berkeley.edu/wp-content/uploads/2017/04/Cyber-Workforce-Incubator.pdf

Resilient Governance for Boards of Directors: Considerations for Effective Oversight of Cyber-Risk, 2019. https://cltc.berkeley.edu/wp-content/uploads/2020/01/Resilient-Governance-for-Boards-of-Directors-Report.pdf

A Data Sharing Discipline, 2020. https://cltc.berkeley.edu/wp-content/uploads/2020/09/A_Data_Sharing_Discipline.pdf

Digital Insecurity is the New Normal, New York Times 5/15/17 https://www.nytimes.com/2017/05/15/opinion/cyberattacks-digital-insecurity.html

Reducing the Waste from our Digital Lives, Noema April 2021 https://www.noemamag.com/reducing-the-waste-from-our-digital-lives/

Website Blocking as a Proxy of Policy Alignment, First Monday January 2021 https://firstmonday.org/ojs/index.php/fm/article/view/11415

The Art of Communicating Risk, Harvard Business Review 9/24/20 https://hbr.org/2020/09/the-art-of-communicating-risk

How Might the Sleeper Agents from 'The Americans' Interfere in the Election, Lawfare 8/4/20 https://www.lawfareblog.com/how-might-sleeper-agents-americans-interfere-election

The Long Shadow of the Future, Noema June 2020 https://www.noemamag.com/the-long-shadow-of-the-future/

Data, Rivalry, and Government Power: Machine Learning is Changing Everything. Global Asia March 2019 https://www.globalasia.org/data/file/articles/f95045850aa30d155ee4d75911d2c7a1.pdf

China's Long Game in Techno-Nationalism. First Monday 2018 https://www.firstmonday.org/ojs/index.php/fm/article/view/8085/7209

It's the Year 2020: How is Your Cybersecurity? US News 5/2/16 https://www.usnews.com/news/best-countries/articles/2016-05-02/cybersecurity-in-2020-will-the-internet-read-emotion