# **EXHIBIT A**



# KAREN SPRENGER

**CYBERSECURITY & INCIDENT RESPONSE EXPERT**

### PROFESSIONAL PROFILE

**KAREN SPRENGER** is the COO and Chief Ransomware Negotiator for LMG Security. Karen is a noted cybersecurity industry expert, author, trainer, and speaker.

### SUMMARY

Karen has more than 25 years of experience in cybersecurity and information technology, and she is the co-author of a new book, Ransomware and Cyber Extortion: Response and Prevention. She speaks at many events, including those held by Wall Street Journal Cyber Pro, Fortinet, the International Legal Tech Association, and the Volunteer Leadership Council. Karen is a GIAC Certified Forensics Examiner (GCFE) and Certified Information Systems Security Professional (CISSP) and holds her bachelor's degree in music performance.

### CONTACT

PHONE: (406) 709-0939

EMAIL: ksprenger@LMGsecurity.com

### PROFESSIONAL SPEAKING, TRAINING, & PUBLICATIONS

- Featured panelist Wall Street Journal Cyber Pro
- Instructor California Department of Technology Information Security Leadership Academy
- Co-author of the book, *Ransomware and Cyber Extortion: Response and Prevention*.
- Instructor and content developer for Beazley monthly cybersecurity trainings
- Instructor and content developer for Cyber First Responder training courses as well as custom cybersecurity training courses, webinars, and seminars for audiences in all sectors
- Society for Human Resource Management
- Volunteer Leadership Institute
- Blog Author (recent examples):
    - *An Insider's Guide to Incident Response Plan Best Practices*
    - *Successful Cybersecurity Solutions Require More than Tools*
    - *10 Questions to Ask a Managed IT Service Provider*
    - *8 Crucial Incident Response Steps*
    - *Common Physical Social Engineering Examples & How to Stop Them*
    - *Our Top 3 Incident Response Scenarios & Why These Should Be Part of Your Cybersecurity Plan*
    - *Top Takeaways from the Verizon Data Breach Report & How to Reduce Your Risks*
    - *The ABC's of an Effective Cybersecurity Program*
- Interviews and Guest Appearances:
    - *CNN: What It's Really Like to Negotiate with Ransomware Attackers*
    - *Tradeoffs Podcast: Health Care's Ransomware Wake-Up Call*
    - *The Hacker Next Door Podcast: Ransomware Negotiator Karen Sprenger*

## EDUCATION

**Eastern Montana College (Montana State University-Billings)**
BA – Music Performance, High Honors

## WORK EXPERIENCE

**LMG Security**
**Chief Operating Officer**
January 2014 – Present

Karen Sprenger started her career at LMG Security as the Director of Forensics and quickly took on additional responsibilities in project management, IT, human resources, and finance.

**Responsibilities:** Leadership · Ransomware Response · Communication · Consulting · Technical Project Management · Security Operations · Incident Management · Management · Infrastructure · Strategy

**Billings Public Schools**
**Director of IT**
July 2000 – December 2013

- Design, implement, and maintain information systems, infrastructure across the enterprise
- Implement and oversee network and data security
- Serve as member of executive leadership team
- Ensure department provides excellent customer service and support to 18,000 users
- Manage multiple technology-related budgets in excess of $3 million annually
- Align IT objectives and initiatives with district, state, and federal standards
- Supervise and provide leadership to technology team of 26 people

## APPOINTMENTS & VOLUNTEERING

- Montana Information Security Advisory Council by Governor Steve Bullock, 2017-2021
- Montana Cybercrimes Taskforce by Senator Max Baucus, 2006
- Co-presenter with Montana Internet Crimes Against Children Taskforce, multiple years

## LICENSES AND CERTIFICATIONS

- GIAC Certified Forensic Examiner (GCFE)
- Certified Information Systems Security Professional (CISSP)