Natasha Prinzing Jones
(MT Bar No. 5226)
Matthew B. Hayhurst
(MT Bar No. 4979)
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
ambikakumar@dwt.com

Tim Cunningham *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
timcunningham@dwt.com

*Attorneys for Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, and DALE STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendant. | Lead Case No.<br>9:23-cv-00056-DWM<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br>**PLAINTIFFS SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, AND DALE STOUT'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout respectfully move the Court for an order preliminarily enjoining enforcement of SB 419, which the Montana Legislature enacted on April 18, 2023, and Governor Greg Gianforte signed into law on May 17, 2023.

As demonstrated in the accompanying brief, supporting declarations, and exhibits, SB 419 is unconstitutional.  The law violates Plaintiffs' and their fellow Montanans' First Amendment rights by shuttering an entire forum for their speech.  It also impermissibly seeks to regulate foreign affairs with China, in violation of the Constitution's Foreign Affairs Doctrine, and is preempted by the International Emergency Economic Powers Act, 50 U.S.C. § 1701, and Section 721 of the Defense Production Act, 50 U.S.C. § 4565.  Finally, SB 419 violates the Commerce Clause by burdening interstate commerce.

A preliminary injunction is warranted.  Plaintiffs will prevail on the merits of their claims and will suffer certain and immediate irreparable injuries absent relief—including the loss of their First Amendment rights, as well as the unrecoverable loss of their income generated through TikTok.  The balance of equities and the public interest also favor enjoining enforcement of SB 419, as the State of Montana has no legally cognizable interests in violating the U.S. Constitution and the State has identified no valid justification for this law.

In compliance with L.R. 7.1(c)(1), Plaintiffs have alerted all other parties of their intent to file this Motion. Consolidated Plaintiff TikTok Inc. does not object to the Motion. Defendant Austin Knudsen objects and plans to oppose.

Plaintiffs respectfully request an order enjoining enforcement of SB 419 pending final disposition of this case.

Dated: July 5, 2023                                                 Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE LLP

                                        By:  */s/ Ambika Kumar*
                                                Ambika Kumar
                                                Tim Cunningham

                                        BOONE KARLBERG P.C.

                                        By: */s/ Natasha Prinzing Jones*
                                                Natasha Prinzing Jones
                                                Matthew Hayhurst

                                        *Attorneys for Plaintiffs Samantha*
                                        *Alario, Heather DiRocco, Carly Ann*
                                        *Goddard, Alice Held, and Dale Stout*