# EXHIBIT A

Natasha Prinzing Jones
(MT Bar No. 5226)
Matthew B. Hayhurst
(MT Bar No. 4979)
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
ambikakumar@dwt.com

Tim Cunningham *(admitted PHV)*
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
timcunningham@dwt.com

*Attorneys for Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, and DALE STOUT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>　　　　Defendant. | Lead Case No.<br>9:23-cv-00056-DWM<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br>**DECLARATION OF SAMANTHA ALARIO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Samantha Alario, declare as follows:

1. I make this declaration from personal knowledge.

2. I grew up in San Diego, California and moved to Montana in 2003. I currently reside in Missoula with my two young children.

3. I own and operate a local sustainable swimwear company called Gemini Mountain Swimwear. I founded the company in 2015, while obtaining a graduate degree at the University of Montana School of Business. My goal has always been to create beautiful swimwear for active Montana women out of materials that do not pollute the environment. I personally design all of the pieces (made from recycled plastic) and work with a small team of seamstresses here in Missoula to hand-cut and sew each item.

4. I joined TikTok in 2019 because I wanted to see if it could be a useful tool to market my company. I started creating videos about my Montana lifestyle and swimwear designs, and really enjoyed my experience on the app. Eventually, my videos started to become popular, and now I have almost 16,000 followers.

5. I have found TikTok to be an incredibly useful tool for marketing my company and gaining new customers. TikTok offers certain benefits that the other social media applications do not. Unlike Facebook, TikTok allows me to market to a new audience without advertising. And because of TikTok's unique algorithm, more people see my products, which helps me to build a different community and

customer base. For example, I have about ten times as many followers on TikTok (16,000) than I do on Facebook (1,600).

6. I rely on TikTok to help keep my business afloat and provide for my two children. Because I do not have a formal storefront, the majority of my customer orders are placed online. By removing a critical forum where I reach and engage with online customers and build my brand, the State of Montana is taking away my livelihood.

7. In addition to creating videos on TikTok, I also use the app for my own personal education and entertainment. I have used TikTok to learn about everything from investing and financial skills to physical workouts, recipes, and holiday crafts. With my limited free time as a business owner and single mother, I enjoy turning to TikTok for some occasional leisure time and also to connect with others in my community.

8. I decided to join this lawsuit because I am someone who stands up when I see something wrong. If the Montana TikTok ban is allowed to take effect, it would not only hurt my business, but also violate my rights as an American and a Montanan. It is a step into censorship that I believe will set a dangerous precedent for the rest of the country.

I declare under penalty of perjury that the foregoing is true and correct.

3

4

Signed in Missoula, Montana this 5th day of July, 2023.

                                                  Samantha Alario