# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., *Plaintiffs*, and TIKTOK INC., *Consolidated Plaintiff*, v. AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, *Defendant*. | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULE FOR BRIEFING AND HEARING ON PLAINTIFFS' AND CONSOLIDATED PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION** |

All parties, through their respective counsel, have jointly moved for a schedule for briefing and hearing forthcoming preliminary injunction motions in this action.

Accordingly, IT IS HEREBY ORDERED that

1.   Plaintiffs'[1] motions for preliminary injunction shall be briefed on the following schedule:

---

[1] Hereinafter, "Plaintiffs" refers collectively to Plaintiffs in the lead case and Consolidated Plaintiff.

    a)    Motions for preliminary injunction shall be filed by **July 7, 2023**.

    b)    Consolidated Plaintiff TikTok Inc. shall serve responses and objections to Defendant's proposed discovery requests circulated on June 26, 2023 by **July 21, 2023**.

    c)    Motions for leave to file amicus briefs in support of the motions for preliminary injunction shall be filed by **August 4, 2023**.

    d)    Defendant's briefs in opposition to the motions for preliminary injunction shall be filed by **August 18, 2023**.

    e)    Motions for leave to file amicus briefs in opposition to the motions for preliminary injunction shall be filed by **September 1, 2023**.

    f)    Reply briefs shall be filed by **September 15, 2023**.

    g)    Following the completion of briefing, the Court shall hold a hearing on Plaintiffs' motions for preliminary injunction on [date].

2.    There shall be no further briefing in response to motions for leave to file amicus briefs under Local Rule 7.5.

3.    [Proposed amicus briefs shall be filed within 2 business days of a request for leave being granted.] [Proposed amicus briefs shall be separately

lodged at the same time that a motion for leave is filed.]

4.	Defendant's deadline to answer the complaints is extended to 30 days after the Court has ruled on the motions for preliminary injunction and all related appeals are resolved.

DATED this _____ day of _____, 2023.

						_____
						Donald W. Molloy, District Judge
						United States District Court