AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et. al., <br><br> Plaintiffs, <br><br> and <br><br> TIKTOK INC., <br><br> Consolidated Plaintiff, <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,* <br><br> Defendant. | CV-23-56-M-DWM <br> CV 23-61-M-DWM <br><br> **DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL** |

Defendant provides notice to the Court and counsel that Christian B. Corrigan, Solicitor General, enters his notice of appearance as counsel of record on behalf of the Defendant in this matter. Please submit all correspondence, pleadings, and general mail to Mr. Corrigan via ECF or at the following address and email:

>CHRISTIAN B. CORRIGAN
> *Solicitor General*
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
> Phone: 406-444-2026
> Fax: 406-444-3549
> Christian.Corrigan@mt.gov

DATED this 6th day of July, 2023.

>AUSTIN KNUDSEN
>Montana Attorney General
>
>*/s/ Christian B. Corrigan*
>CHRISTIAN B. CORRIGAN
> *Solicitor General*
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>christian.corrigan@mt.gov
>
>*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: July 6, 2023 /s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN