AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et. al., | Lead Case No. CV-23-56-M-DWM |
| Plaintiffs, | |
| and | Member Case No. CV 23-61-M-DWM |
| TIKTOK INC., | **DEFENDANT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |
| Consolidated Plaintiff, | |
| v. | |
| AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,* | |
| Defendant. | |

Defendant provides notice to the Court and counsel that Peter M. Torstensen, Jr., Assistant Solicitor General, enters his notice of appearance as additional counsel of record on behalf of the Defendant in this matter. Please submit all correspondence, pleadings, and general mail to Mr. Torstensen via ECF or at the following address and email:

    PETER M. TORSTENSEN, JR.
     *Assistant Solicitor General*
    215 North Sanders
    P.O. Box 201401
    Helena, MT 59620-1401
    Phone: 406-444-2026
    Fax: 406-444-3549
    peter.torstensen@mt.gov

DATED this 12th day of July, 2023.

        AUSTIN KNUDSEN
        Montana Attorney General

        */s/ Peter M. Torstensen, Jr.*
        PETER M. TORSTENSEN, JR.
         *Assistant Solicitor General*
        CHRISTIAN B. CORRIGAN
         *Solicitor General*
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401
        christian.corrigan@mt.gov
        peter.torstensen@mt.gov

        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: July 12, 2023                              /s/ *Peter M. Torstensen, Jr.*
                                                                PETER M. TORSTENSEN, JR.