Peter Michael Meloy
MELOY LAW FIRM
P.O. Box 1241
Helena, Montana 59624-1241
Telephone: (406) 442-8670
mike@meloylawfirm.com
*Counsel for Amicus Curiae*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>    *Plaintiffs*,<br><br>and<br><br>TIKTOK INC.<br><br>    *Consolidated Plaintiff*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of Montana*.<br><br>    *Defendant*. | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS AND CONSOLIDATED PLAINTIFF** |

      Proposed amici curiae the Reporters Committee for Freedom of the Press and the Media Law Resource Center have filed an unopposed Motion for Leave to File Amici Curiae Brief in Support of Plaintiffs Alario et al. and Consolidated Plaintiff TikTok Inc. For good cause shown, the unopposed motion for leave to file the brief of amici curiae is GRANTED, and IT IS HEREBY ORDERED that the proposed Brief of Amici Curiae shall be deemed filed in this Court when submitted on August 4, 2023.

SO ORDERED.

Dated: _____

                                                              Hon. Donald W. Molloy