OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the District of Montana

Tyler P. Gilman
Clerk of Court



Julie Hollenbeck
Chief Deputy

July 26, 2023

Document:  First Motion to File Amicus Brief

Document Number:  23

Date Filed:  July 26, 2023

Case Number:  CV 23-56-M-DWM and CV 23-61-M-DWM

Counsel Peter Meloy:

The above document was filed electronically but should have been filed conventionally. Pursuant to Local Rule 7.5(b), a motion for leave to file an amicus brief must be served on each party and submitted to the clerk by mail or personal delivery.

The clerk's office will seal docket entry 23 from the lead case and docket entry 25 from the member case. Proposed Amici Curiae parties Reporters Committee for Freedom of the Press and the Media Law Resource Center will be removed from the docket in both cases as participating parties.

Please refer to Local Rule 7.5 for Amicus Brief filing requirements and contact the clerk's office at (406) 542-7260 if you have any questions regarding this notice.