IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*, <br><br> *Plaintiffs*, <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff*, <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br> *Defendant*. | Lead Case No. <br> CV 23-56-M-DWM <br><br> Member Case No. <br> CV 23-61-M-DWM <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF** |

NetChoice, LLC and Chamber of Progress have filed an Unopposed Motion for Leave to File *Amici Curiae* Brief ("Motion") pursuant to Local Rule 7.5. No party opposes the Motion.

Upon consideration of the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. NetChoice, LLC and Chamber of Progress are hereby granted leave, in the above-captioned action, to file an *amici* brief of no more than 4,000 words on or before August 4, 2023.

Dated: July ___, 2023

Hon. Donald W. Malloy <br>
United States District Court Judge