IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　Plaintiffs,<br>and<br>TIKTOK INC.,<br>　　　　　Consolidated Plaintiff,<br>v.<br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,*<br>　　　　　Defendant. | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**[PROPOSED] ORDER GRANTING AMENDED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

The Computer & Communications Industry Association ("CCIA"), has moved to file an *amicus curiae* brief in this matter pursuant to L.R. 7.5.

Having considered CCIA's Amended Unopposed Motion, it is HEREBY ORDERED that CCIA's Amended Motion for Leave to File an *Amicus Curiae* Brief is granted and CCIA has leave to file an *amicus curiae* brief in this matter due no later than August 4, 2023.

　　　DATED this ____ day of July, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　　　　United States District Court