IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*, <br><br> *Plaintiffs*, <br><br> TIKTOK INC., <br><br> *Consolidated Plaintiff*, <br><br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br> *Defendant*. | Lead Case No. <br> CV 23-56-M-DWM <br><br> Member Case No. <br> CV 23-61-M-DWM <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF ILANA H. EISENSTEIN** |

NetChoice, LLC and Chamber of Progress have moved for the admission of Ilana H. Eisenstein to practice before this Court in this case with Jonathan C. McDonald to act as local counsel.  Ms. Eisenstein's application appears to be in order.

Accordingly, **IT IS HEREBY ORDERED** that the motion to admit Ms. Eisenstein *pro hac vice* is **GRANTED**, subject to the following conditions:

Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

1.     Ilana H. Eisenstein must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed

by her, and, if designated, co-lead counsel must appear and participate personally in all proceedings before the Court.

2. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

4. Admission is personal to Ilana H. Eisenstein.

5. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED** that:

Ilana H. Eisenstein shall file, within fifteen (15) days from the date of this Order, an acknowledgement and acceptance of her admission under the terms set forth above.

Dated: _____, 2023

                                                                    _____
                                                                    Hon. Donald W. Malloy
                                                                    United States District Court Judge