IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>*Plaintiffs*,<br><br>TIKTOK INC.,<br><br>*Consolidated Plaintiff*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>*Defendant*. | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF PETER KARANJIA** |

NetChoice, LLC and Chamber of Progress have moved for the admission of Peter Karanjia to practice before this Court in this case with Jonathan C. McDonald to act as local counsel. Mr. Karanjia's application appears to be in order.

Accordingly, **IT IS HEREBY ORDERED** that the motion to admit Mr. Karanjia *pro hac vice* is **GRANTED**, subject to the following conditions:

Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

1. Peter Karanjia must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated, co-lead counsel must appear and participate personally in all proceedings before the Court.

2.	The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

3.	Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

4.	Admission is personal to Peter Karanjia.

5.	Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED** that:

Peter Karanjia shall file, within fifteen (15) days from the date of this Order, an acknowledgement and acceptance of his admission under the terms set forth above.

Dated: _____, 2023

_____
Hon. Donald W. Malloy
United States District Court Judge