Paul J. Lopach
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
Email: paul.lopach@bclplaw.com
*Attorney for Computer & Communications Industry Association*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> Plaintiffs, <br> and <br> TIKTOK INC., <br><br> Consolidated Plaintiff, <br> v. <br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br> Defendant. | CV 23-56-M-DWM <br> CV 23-61-M-DWM <br><br> **MICHAEL DREEBEN'S DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Michael Dreeben, declare and state under penalty of perjury the statements set forth in this declaration are true and correct, to the best of my knowledge and belief.

1. I reside in Maryland, not in Montana, and I am not regularly employed in Montana. My office address is O'Melveny & Myers LLP, 1625 Eye


Ex. A

1

USA.607958684.1/BYJ

Street, NW, Washington, DC 20006, phone: 202-383-5400, email: mdreeben@omm.com.

2. The *pro hac vice* admission fee will be paid simultaneously with the filing of the Motion for Admission *Pro Hac Vice*.

3. I am proficient in electronic filing in another federal district court.

4. I am not admitted to practice in the District of Montana, but I am admitted to practice in the following courts (year of admission is included in parentheses): District of Columbia (1983); Supreme Court of the United States (1988): U.S. Courts of Appeals for the Fifth Circuit (1982), D.C. Circuit (1983), Seventh Circuit (1985), Ninth Circuit (1995), Tenth Circuit (1998), Fourth Circuit (2012), First Circuit (2012), Second Circuit (2021), Eighth Circuit (2023).

5. I am a member in good standing and eligible to practice law in all of the aforementioned courts.

6. I am not currently suspended or disbarred by any court.

7. I have not ever been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f), or their state equivalents.

8. Within the last two years, I have not applied for nor was admitted *pro hac vice* in a case in the United States District Court for the District of Montana.

9. I understand that *pro hac vice* admission in this court is personal to the attorney only and not an admission of my law firm, and that I will be held fully accountable for the conduct of the litigation in this Court.

10. In accordance with Montana Rule of Professional Conduct 8.5, I swear and affirm that I will be bound by the Montana Rules of Professional Conduct (except Rules 6.1 through 6.4) in my practice of law in this State. Furthermore, I understand and certify that I will be subject to the disciplinary authority of this State. A copy of this certification will be mailed contemporaneously to the State Bar of Montana in Helena. Pursuant to Local Rule 83.2(a), I understand that the standards of professional conduct of attorneys appearing in this Court include the American Bar Association's Model Rules of Professional Conduct and the Montana Rules of Professional Conduct.

11. Pursuant to Local Rule 83.1(d)(3), I designate Paul J. Lopach, Bryan Cave Leighton Paisner LLP, 1700 Lincoln Street, Suite 4100, Denver, CO 80203-4541, (303) 861-7000, paul.lopach@bclplaw.com, as a member of the bar of this Court with whom this Court and counsel of record may readily communicate regarding the conduct of the case, upon whom documents will be served, and who will be responsible to participate as required under Local Rule 83.1.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 25th day of July, 2023.

s/ Michael Dreeben
Michael Dreeben
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Phone: (202) 383-5400
mdreeben@omm.com

USA.607958684.1/BYJ