Paul J. Lopach
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203-4541
Telephone:  (303) 861-7000
Email:	paul.lopach@bclplaw.com

Michael Dreeben (*admitted pro hac vice*)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Phone:	(202) 383-5300
Email:	mdreeben@omm.com

*Attorneys for Computer & Communications Industry Association*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> Plaintiffs, <br> and <br><br> TIKTOK INC., <br><br> Consolidated Plaintiff, <br> v. <br><br> AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br> Defendant. | CV 23-56-M-DWM <br> CV 23-61-M-DWM <br><br><br> **ACKNOWLEDGMENT AND ACCEPTANCE OF PRO HAC VICE ADMISSION** |

I, Michael Dreeben, admitted pro hac vice on August 3, 2023, hereby acknowledge receipt of and accept the Court's Order (Doc. 38), and I hereby affirm the following conditions:

1. Local counsel, Paul J. Lopach of Bryan Cave Leighton Paisner LLP, will serve as co-lead counsel;

2. I will do my own work. I will do my own writing, sign my own pleadings, motions and briefs, and I will appear and participate personally in all proceedings before this Court;

3. Local counsel, Paul J. Lopach of Bryan Cave Leighton Paisner LLP, will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

4. I am the attorney with authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

5. Admission is personal to me; it is not an admission of the O'Melveny & Myers LLP law firm.

Respectfully submitted this 4th day of August, 2023.

*s/ Michael Dreeben*
Michael Dreeben (*admitted pro hac vice*)
O'Melveny & Myers LLP

*s/ Paul J. Lopach*
Paul J. Lopach
Bryan Cave Leighton Paisner LLP

*Attorneys for Computer & Communications Industry Association*