Jonathan C. McDonald
McDonald Law Office, PLLC
P.O. Box 1570
Helena, MT 59624
jm@mcdonaldlawmt.com
ph. (406) 442-1493

Ilana Eisenstein, admitted *pro hac vice*
DLA Piper LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
ilana.eisenstein@us.dlapiper.com
ph. (215) 656-3300

Peter Karanjia, admitted *pro hac vice*
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
peter.karanjia@us.dlapiper.com
ph. (202) 799-4000

Attorneys for *Amici Curiae* NetChoice, LLC and Chamber of Progress

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*, <br><br>  *Plaintiffs*, <br><br>TIKTOK INC., <br><br>  *Consolidated Plaintiff*, <br><br>v. <br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*, <br><br>  *Defendant*. | Lead Case No. <br> CV 23-56-M-DWM <br><br> Member Case No. <br> CV 23-61-M-DWM <br><br> **ACKNOWLEDGMENT AND ACCEPTANCE OF *PRO HAC VICE* ADMISSION OF ILANA EISENSTEIN** |

I, Ilana Eisenstein, admitted *pro hac vice* on August 3, 2023, hereby acknowledge receipt of and accept the Court's Order (Dkt. No. 34), and I hereby affirm the following conditions:

1. Local counsel, Jonathan C. McDonald of McDonald Law Office, PLLC will serve as co-lead counsel;

2. In accordance with the Court's Order of August 3, 2023, I hereby confirm that I will do my own work, do my own writing, sign my own pleadings, motions, and briefs, and will appear and participate personally in this proceeding to the extent necessary;

3. I have registered in the Court's electronic filing system (CM-ECF);

4. Local counsel, Jonathan C. McDonald of McDonald Law Office, PLLC, will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

5. Peter Karanjia has authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

6. Admission is personal to me; it is not an admission of the DLA Piper LLP (US) law firm.

Dated: August 7, 2023             Respectfully submitted,

By: /s/ Ilana H. Eisenstein
Ilana Eisenstein, admitted *pro hac vice*
DLA Piper LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
ilana.eisenstein@us.dlapiper.com
ph. (215) 656-3300

/s/ Jonathan C. McDonald
Jonathan C. McDonald
McDonald Law Office, PLLC
P.O. Box 1570
Helena, MT 59624
jm@mcdonaldlawmt.com
ph. (406) 442-1493

*Attorneys for Amici Curiae, NetChoice LLC and Chamber of Progress*