# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>TIKTOK INC.,<br><br>*Consolidated Plaintiff*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>*Defendant*. | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF PATRICK TOOMEY** |

Counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation move for the admission of Patrick Toomey to practice before this Court in this case with Alex Rate to act as local counsel. Mr. Toomey's application appears to be in order.

Accordingly, IT IS ORDERED that Amici Curiae's motion to admit Patrick Toomey *pro hac vice* is GRANTED on the condition that *pro hac* counsel shall do his own work. This means that *pro hac* counsel must do his own writing; sign his

1

own motions and briefs; and appear and participate personally to the extent such participation is required. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen ("15") days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above.

DATED this \_\_\_\_\_ of August, 2023.

> _____
> Honorable Donald W. Molloy
> United States District Judge