Alex Rate
ACLU of Montana
P.O. Box 1968
Missoula, MT 59806
Phone: (406) 443-8590
ratea@aclumontana.org

David Greene
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
davidg@eff.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>TIKTOK INC.,<br><br>*Consolidated Plaintiff*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>*Defendant*. | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br>**DECLARATION OF DAVID GREENE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, David Greene, state as follows:

1. I, by and through Montana counsel and pursuant to Rule 83.1(d) of the Local Rules of Procedure of the United States District Court for the District of Montana, respectfully apply to the Court to appear in this case *pro hac vice* on behalf of Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation.

2. I do not reside in Montana, nor am I regularly employed in Montana. I reside in the State of California and have my office at 815 Eddy Street (415) 436-9333, email: davidg@eff.org.

3. My firm will pay, simultaneously with filing this application, the admission fee shown on the Court's website.

4. I am proficient in electronic filing in another federal district court.

5. I have been admitted to practice before the following courts:

| Court | Date of Admission | Status |
| --- | --- | --- |
| California State Bar (No. 160107) | June 17, 1992 | Active |
| USDC, Northern District of California | January 21, 1993 | Active |
| USDC, Southern District of California | February 9, 2005 | Active |
| USDC, Central District of California | February 17, 2005 | Active |
| USDC, Eastern District of California | June 3, 2015 | Active |

1

| | | |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | August 8, 2013 | Active |
| U.S. Court of Appeals for the Fifth Circuit | May 29, 2018 | Active |
| U.S. Court of Appeals for the Seventh Circuit | November 21, 2014 | Active |
| U.S. Court of Appeals for the Ninth Circuit | January 12, 1993 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | November 4, 2021 | Active |
| U.S. Court of Appeals for the District of Columbia | November 15, 2018 | Active |
| Supreme Court of the United States | December 3, 2018 | Active |

6. I am in good standing and eligible to practice in each of the courts listed above and I am not currently suspended or disbarred in any court.

7. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (f) or their state equivalent.

8. I am not currently making, nor have I made within the two years preceding this application, any *pro hac vice* applications to this Court.

9. I understand that *pro hac vice* admission in this Court is personal to me only and not an admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this Court.

10. In accordance with Montana Rule of Professional Conduct 8.5, I swear and affirm that I will be bound by the Montana Rules of Professional Conduct (except Rules 6.1 through 6.4) in my practice of law in this State.

11. Furthermore, pursuant to Montana Rule of Professional Conduct 8.5, I understand and certify that I will be subject to the disciplinary authority of this State. A copy of this certification will be mailed contemporaneously to the State Bar of Montana in Helena. Furthermore, pursuant to Local Rule 83.2(a), I understand that the standards of professional conduct of attorneys appearing in this Court include the American Bar Association's Model Rules of Professional Conduct and the Montana Rules of Professional Conduct.

I swear and affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof; and that the contents are true to my knowledge.

Dated: August 8, 2023

David Greene
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
davidg@eff.org

3

*Counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation*