Alex Rate
ACLU of Montana
P.O. Box 1968
Missoula, MT 59806
Phone: (406) 443-8590
ratea@aclumontana.org

Patrick Toomey, admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
ptoomey@aclu.org

David Greene, admitted *pro hac vice*
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
davidg@eff.org

*Counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>    *Plaintiffs*,<br><br>TIKTOK INC.,<br><br>    *Consolidated Plaintiff*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*,<br><br>    *Defendant*. | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br>**NOTICE AND ACCEPTANCE OF *PRO HAC VICE* ADMISSION** |

Undersigned counsel, Patrick Toomey and David Greene, conditionally admitted *pro hac vice* on August 9, 2023, hereby acknowledge receipt of and accept the Court's Order (ECF No. 49).

In accordance with the Court's Order, Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation hereby identify the following three attorneys as counsel to formally appear in this proceeding: Alex Rate (local counsel), Patrick Toomey (*pro hac vice* counsel), and David Greene (*pro hac vice* counsel).

In addition, undersigned counsel hereby acknowledge the following conditions:

1. Local counsel, Alex Rate of the ACLU of Montana, will serve as co-lead counsel;
2. *Pro hac vice* counsel confirm that they will do their own work. They will do their own writing and sign their own briefs;
3. Local counsel, Alex Rate of the ACLU of Montana, will at all times and without exception perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);
4. Alex Rate of the ACLU of Montana is identified as the attorney with authority to make any and all decisions related to the administration of this case and will act as the primary point of contact for the parties; and

5. Admission is personal to undersigned counsel; it is not the admission of the American Civil Liberties Union Foundation or the Electronic Frontier Foundation.

Respectfully submitted,

Dated: August 11, 2023

/s/ Patrick Toomey
Patrick Toomey, admitted *pro hac vice*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
ptoomey@aclu.org


/s/ David Greene
David Greene, admitted *pro hac vice*
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Phone: (415) 436-9333
davidg@eff.org


/s/ Alex Rate
Alex Rate (Bar No. 11226)
ACLU of Montana
P.O. Box 1968
Missoula, MT 59806
Phone: (406) 443-8590
ratea@aclumontana.org

*Counsel for Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Montana, and Electronic Frontier Foundation*