OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the District of Montana

Tyler P. Gilman
Clerk of Court



Julie Hollenbeck
Chief Deputy

August 29, 2023

Document:  Unopposed Motion for Leave to File Amicus Curiae Brief

Document Number:  52

Date Filed:  August 29, 2023

Case Number:  CV 23-56-M-DWM and CV 23-61-M-DWM

Counsel John Connors:

The above document was filed electronically but should have been filed conventionally. Pursuant to Local Rule 7.5(b), a motion for leave to file an amicus brief must be served on each party and **submitted to the clerk by mail or personal delivery.**

The clerk's office will seal docket entries 52 and 53 from the lead case and docket entries 54 and 55 from the member case. Proposed Amici Curiae party Digital Progress Institute will be removed from the docket in both cases as a participating party.

Please refer to Local Rule 7.5 for Amicus Brief filing requirements and contact the clerk's office at (406) 542-7260 if you have any questions regarding this notice.