IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>Plaintiff,<br>TIKTOK INC.,<br><br>Consolidated Plaintiff;<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendant. | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN OPPOSITION TO PLAINTIFFS AND CONSOLIDATED PLAINTIFF** |

Proposed amicus curiae Digital Progress Institute has filed an unopposed Motion for Leave to File Amicus Curiae Brief in opposition to Plaintiffs and Consolidated Plaintiff. For good cause shown, the unopposed motion for leave to file the brief of amicus curiae is GRANTED, and IT IS HEREBY ORDERED that the proposed Brief of Amicus Curiae shall be filed within fourteen (14) days of this Order.

DATED this _____ day of _____, 2023.

Honorable Donald W. Molloy
United States District Court Judge

1