# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　Plaintiff,<br>TIKTOK INC.,<br><br>　　　　Consolidated Plaintiff;<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>　　　　Defendant. | Lead Case No.<br>CV 23-56-M-DWM<br><br>Member Case No.<br>CV 23-61-M-DWM<br><br>**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF JOEL THAYER** |

Digital Progress Institute has moved for the admission of Joel Thayer to practice before this Court in this case with Jack G. Connors to act as local counsel. Mr. Thayer's application appears to be in order.

Accordingly, IT IS ORDERED that the motion to appear *pro hac* (Doc. \_\_\_) is GRANTED on the condition that *pro hac* counsel shall do his own work. That means that *pro hac* counsel must do his own writing and sign his own briefs. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice

acknowledge counsel's admission under the terms set forth above. In that notice amicus counsel shall also designate a single attorney with authority to make any and all decisions related to the administration of this case as the primary point of contact for the parties.

    DATED this \_\_\_\_\_ day of _____, 2023.

                                       _____
                                       Honorable Donald W. Molloy
                                       United States District Court Judge