JASON S. MIYARES*
Attorney General of Virginia
ANDREW N. FERGUSON**
Solicitor General
KEVIN M. GALLAGHER**
Deputy Solicitor General
ANNIE CHIANG*
Assistant Solicitor General
  202 North Ninth Street
  Richmond, VA 23219
  Telephone: (804) 786-7704
E-mail: AFerguson@oag.state.va.us

DALE SCHOWENGERDT
Landmark Law, PLLC
  7 West 6th Ave. Suite 518
  Helena, MT 59601
  Telephone: (406) 457-5496
dale@landmarklawpllc.com

*Attorneys for Amicus Curiae*
*Commonwealth of Virginia*

*Not to be admitted or added to docket*
**Pro hac vice forthcoming*

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MONTANA MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, *et al.*,<br><br>Plaintiffs,<br><br>and,<br><br>TIKTOK INC.,<br><br>Consolidated Plaintiff,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana*<br><br>Defendant. | Lead Case No.<br>CV-23-56-M-DWM<br><br>Member Case No.<br>CV-23-61-M-DWM<br><br>***AMICUS CURIAE* THE COMMONWEALTH OF VIRGINIA'S MOTION FOR ADMISSION PRO HAC VICE OF KEVIN M. GALLAGHER** |

*Amicus Curiae* the Commonwealth of Virginia, through counsel Dale Schowengerdt, an attorney in good standing before this Court, moves the Court for an Order admitting Kevin M. Gallagher, of the Commonwealth of Virginia's Office of the Attorney General, to practice *pro hac vice* before this Court for purposes of this case pursuant to Local Rule 83.1(d).

Kevin M. Gallagher will serve as co-counsel on this matter with Dale Schowengerdt, who consents to being designated as an individual with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom documents may be served, and who will be responsible to participate as required under Local Rule 83.1(d)(5).

Attached is the Affidavit of Kevin M. Gallagher with the information required by Rule 83.1(d)(3).

Pursuant to Local Rule 83.1(d)(3)(B), simultaneously with the filing of this application, the admission fee for the *pro hac vice* application, as shown on the Court's website, will be paid to the Clerk of Court.

*Amicus Curiae* requests that Kevin M. Gallagher be admitted *pro hac vice* to serve as an attorney of record in this matter for amici curiae

the Commonwealth of Virigina and other states.  A proposed Order is attached to this motion and will also be e-mailed to the Judge's address for proposed orders as required by Local Rule 7.1(c)(3).

Respectfully submitted this 14th day of September, 2023,

*/s/ Dale Schowengerdt*
Dale Schowengerdt
LANDMARK LAW, PLLC
7 West 6th Ave. Suite 518
Helena, MT 59601
Tel: (406) 457-5496
dale@landmarklawpllc.com

*Local Counsel for Amicus Curiae*
*Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2023, I served a true and correct copy of the foregoing *AMICUS CURIAE* THE COMMONWEALTH OF VIRGINIA'S UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF KEVIN M. GALLAGHER via the Court's electronic case filing system that will cause the foregoing to be served upon all counsel of record.

/s/ *Dale Schowengerdt*