IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> Plaintiffs, <br> and <br><br> TIKTOK INC., <br><br> Consolidated Plaintiff, <br><br> vs. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana, <br><br> Defendant. | Lead Case No. <br> CV 23–56–M–DWM <br><br> Member Case No. <br> CV 23–61–M–DWM <br><br> ORDER |

Amicus Commonwealth of Virginia moves for the admission of Andrew N. Ferguson to practice before this Court in this case with Dale Schowengerdt to act as local counsel. Mr. Ferguson's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Andrew N. Ferguson *pro hac vice* (Doc. 63) is GRANTED on the condition that *pro hac* counsel shall do his or her own work. This means that *pro hac* counsel must do his or her own writing and sign his or her own briefs. Use of generative AI drafting programs, such as Chat GPT, is prohibited. Counsel shall take steps to register in

1

the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless *pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice acknowledging counsel's admission under the terms set forth above. In that notice, amici counsel shall also designate a single attorney with the authority to make any and all decisions related to the administration of this case as the primary point of contact for the opposing parties.

DATED this 14th day of September, 2023.

Donald W. Molloy, District Judge
United States District Court