AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

TYLER GREEN*
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
Phone: 703-243-9423
tyler@consovoymccarthy.com
  *Admitted *pro hac vice*

KATHLEEN L. SMITHGALL
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: 703-243-9423
katie@consovoymccarthy.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., *Plaintiffs*, and TIKTOK INC., *Consolidated Plaintiff,* v. AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana *Defendant.* | Lead Case No. CV 23-56-M-DWM  Member Case No. CV 23-61-M-DWM  **NOTICE AND ACCEPTANCE OF *PRO HAC VICE* ADMISSION** |

I, Tyler Green, admitted *pro hac vice* on December 18, 2023, hereby acknowledge receipt of and accept the Court's Order (Dkt. No. 117), and I hereby affirm the following conditions:

1. Local counsel, Christian B. Corrigan, Solicitor General will serve as lead counsel;

2. In accordance with the Court's Order of December 18, 2023, I hereby confirm that I will do my own work, do my own writing, sign my own pleadings, motions, and briefs, and will appear and participate personally in this proceeding to the extent necessary;

3. In accordance with the Court's Order of December 18, 2023, I hereby confirm that I will not use any generative AI drafting program, such as Chat GPT;

4. I have registered in the Court's electronic filing system (CM-ECF);

5. Local counsel, Christian B. Corrigan, Solicitor General, will, at all times and without exception, perform and carry out all duties and responsibilities required of local counsel in compliance with L.R. 83.1(d)(7);

6. Christian B. Corrigan is the attorney with authority to make

any and all decisions related to the administration of this case and will act as the primary point of contact for the opposing party; and

    6.    Admission is personal to me; it is not an admission of Consovoy McCarthy PLLC.

DATED this 19th day of December, 2023.

                          AUSTIN KNUDSEN
                          Montana Attorney General

                          */s/ Tyler Green*
                          Tyler Green*
                          Consovoy McCarthy PLLC
                          222 S. Main Street, 5th Floor
                          Salt Lake City, UT 84101
                          Phone: 703-243-9423
                          tyler@consovoymccarthy.com
                            *Admitted pro hac vice*

                          CHRISTIAN B. CORRIGAN
                            *Solicitor General*
                          PETER M. TORSTENSEN, JR.
                            *Deputy Solicitor General*
                          215 North Sanders
                          P.O. Box 201401
                          Helena, MT 59620-1401
                          p. 406.444.2026
                          christian.corrigan@mt.gov
                          peter.torstensen@mt.gov

                          KATHLEEN L. SMITHGALL
                          Consovoy McCarthy PLLC
                          1600 Wilson Boulevard, Suite 700
                          Arlington, VA 22209
                          (703) 243-9423

katie@consovoymccarthy.com