AUSTIN KNUDSEN
  *Montana Attorney General*
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Attorneys for Defendants*

TYLER GREEN*
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
Phone: 703-243-9423
tyler@consovoymccarthy.com
  *Admitted *pro hac vice*

KATHLEEN L. SMITHGALL
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: 703-243-9423
katie@consovoymccarthy.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, ET AL., | Lead Case No. |
| *Plaintiffs*, | CV 23-56-M-DWM |
| and | |
| TIKTOK INC., | Member Case No. |
| *Consolidated Plaintiff*, | CV 23-61-M-DWM |
| v. | |
| AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MONTANA, | **STATEMENT OF REPRESENTATION** |
| *Defendant*. | |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, Defendant submits this Representation Statement. The following list identifies all parties to the action along with the names, addresses, telephone numbers and email of their respective counsel:

| Plaintiffs and Appellees: | Counsel of Record: |
|---|---|
| Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout | Ambika Kumar*<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104-1610<br>Phone:  206-757-8030<br>ambikakumar@dwt.com<br>*Admitted *pro hac vice*<br><br>Matthew B. Hayhurst<br>Boone Karlberg, P.C.<br>201 West Main Street, Suite 300<br>P.O. Box 9199<br>Missoula, MT 59807-9199<br>Phone:  406-543-6646<br>mhayhurst@boonekarlberg.com<br><br>Natasha Prinzing Jones<br>Boone Karlberg, P.C.<br>201 West Main Street, Suite 300<br>P.O. Box 9199<br>Missoula, MT 59807-9199<br>Phone:  406-543-6646<br>npjones@boonekarlberg.com |

| | |
|---|---|
| | Tim Cunningham*<br>Davis Wright Tremaine LLP<br>1300 SW 5th Ave., Suite 2400<br>Portland, OR 97201<br>Phone:  503-778-5299<br>timcunningham@dwt.com<br>*Admitted *pro hac vice* |
| Consolidated Plaintiff and Appellee:<br><br>TikTok Inc. | Counsel of Record:<br><br>Nathan D. Bilyea<br>Jackson, Murdo & Grant, P.C.<br>203 N. Ewing Street<br>Helena, MT 59601-4298<br>Phone:  406-442-1314<br>nbilyeau@jmgattorneys.com<br><br>Robert Thomas Cameron<br>Jackson, Murdo & Grant, P.C.<br>203 N. Ewing Street<br>Helena, MT 59601-4298<br>Phone:  406-442-7033<br>rcameron@jmgattorneys.com<br><br>Alexander a. Berengaut<br>Covington & Burling LLP<br>One City Center<br>850 10th St., NW<br>Washington, DC 20001<br>Phone:  202-662-6000<br>aberengaut@cov.com<br>*Admitted *pro hac vice* |

| | |
|---|---|
| | Megan Crowley<br>Covington & Burling LLP<br>One City Center<br>850 10th St., NW<br>Washington, DC 20001<br>Phone:  202-662-5112<br>mcrowley@cov.com<br>*Admitted *pro hac vice* |
| Defendant and Appellant:<br><br>Austin Knudsen, in his official capacity as Attorney General of the State of Montana, | Counsel of Record<br><br>CHRISTIAN B. CORRIGAN<br>Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>christian.corrigan@mt.gov<br><br>Brent Mead<br>Deputy Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>brent.mead2@mt.gov<br><br>PETER M. TORSTENSEN, JR<br>Deputy Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>peter.torstensen@mt.gov |

| | TYLER GREEN* |
| --- | --- |
| | Consovoy McCarthy PLLC |
| | 222 S. Main Street, 5th Floor |
| | Salt Lake City, UT 84101 |
| | Phone: 703-243-9423 |
| | tyler@consovoymccarthy.com |
| |   *Admitted *pro hac vice* |
| | |
| | KATHLEEN L. SMITHGALL |
| | Consovoy McCarthy PLLC |
| | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| | Phone: 703-243-9423 |
| | katie@consovoymccarthy.com |

DATED this 2nd day of January, 2024.

> AUSTIN KNUDSEN
>   *Montana Attorney General*
> CHRISTIAN B. CORRIGAN
>   *Solicitor General*
>
> */s/  Peter M. Torstensen, Jr.*
> PETER M. TORSTENSEN, JR.
>   *Deputy Solicitor General*
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
> p. 406.444.2026
> christian.corrigan@mt.gov
> peter.torstensen@mt.gov
>
> KATHLEEN L. SMITHGALL
> CONSOVOY MCCARTHY PLLC
> 1600 Wilson Boulevard, Suite 700
> Arlington, VA 22209
> (703) 243-9423
> katie@consovoymccarthy.com

Tyler Green*
Consovoy McCarthy PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
Phone: 703-243-9423
tyler@consovoymccarthy.com
  *Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated:  January 2, 2024          */s/   Peter M. Torstensen, Jr.*
                                  PETER M. TORSTENSEN, JR.