# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT ORDER FORM
*Use one form per court reporter*
*\*\*Please read instructions on next page\*\**

| 1. ATTORNEY NAME<br>Peter M. Torstensen, Jr. | 2. PHONE NUMBER<br>406-444-2026 | 3. EMAIL ADDRESS (for transcript delivery)<br>peter.torstensen@mt.gov |
|---|---|---|
| 4. MAILING ADDRESS (including law firm name, if applicable)<br>Montana Attorney General's Office<br>P.O. Box 201401<br>Helena, MT 59620-1401 | 5. NAME & ROLE OF PARTY REPRESENTED: If not a party, use non-party request form.<br>Austin Knudsen, in his official capacity as Attorney General | |
| | 6. CASE NAME<br>Alario, et al v. Knudsen; TikTok, Inc. v. Knudsen | |
| | 7. DISTRICT COURT CASE NUMBER<br>9:23-cv-00056-DWM; 9:23-cv-0061-DWM | |
| 8. COURT REPORTER NAME: Use a separate form for each court reporter.<br>JoAnn Corson | 9. COURT OF APPEALS CASE NUMBER (if applicable) | |

**10. THIS TRANSCRIPT ORDER IS FOR:**
- (●) APPEAL
- ( ) NON-APPEAL
- [ ] CJA
- [ ] IN FORMA PAUPERIS (court order attached)

**11. TRANSCRIPT REQUESTED:** For each transcript requested, please specify the date of the proceeding, the proceeding or partial proceeding requested, the transcript format, and the delivery time. Financial arrangements must be made with the court reporter before transcript is prepared.

| DATE | PROCEEDING (If requesting a partial proceeding, specify portion (e.g., witness or time)) | PAPER Full Size | PAPER A-Z Word Index | E-MAIL PDF | E-MAIL ASCII | E-MAIL A-Z Word Index | DELIVERY TIME |
|---|---|---|---|---|---|---|---|
| 10/12/2023 | Preliminary Injunction Hearing | ☐ | ☐ | ✔ | ☐ | ☐ | 7-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |

**12. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| 13. SIGNATURE<br>Peter M. Torstensen, Jr. | 14. DATE<br>1/2/2024 |
|---|---|

**Please remember to flatten form before filing.**