

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

JAN 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 24-34 |
| Originating Case Number: | 9:23-cv-00056-DWM |
| | 9:23-cv-00061-DWM |
| Short Title: | Alario, et al. v. Knudsen |

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE**

| | |
|---|---|
| Docket Number: | 24-34 |
| Originating Case Number: | 9:23-cv-00056-DWM |
| | 9:23-cv-00061-DWM |
| Case Title: | Alario, et al. v. Knudsen |

**Wednesday, January 31, 2024**

| | |
|---|---|
| Austin Knudsen | Preliminary Injunction Opening Brief Due |

**Wednesday, February 28, 2024**

| | |
|---|---|
| Samantha Alario | Preliminary Injunction Answering Brief Due |
| Heather DiRocco | Preliminary Injunction Answering Brief Due |
| Carly Ann Goddard | Preliminary Injunction Answering Brief Due |
| Alice Held | Preliminary Injunction Answering Brief Due |
| Dale Stout | Preliminary Injunction Answering Brief Due |
| TikTok Inc. | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**