Natasha Prinzing Jones
(MT Bar No. 5226)
Matthew B. Hayhurst
(MT Bar No. 4979)
BOONE KARLBERG P.C.
201 West Main St., Suite 300
P.O. Box 9199
Missoula, MT 59807
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

Ambika Kumar *(pro hac vice)*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
ambikakumar@dwt.com

Tim Cunningham *(pro hac vice)*
DAVIS WRIGHT TREMAINE LLP
560 SW Tenth Avenue, Suite 700
Portland, OR 97205
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
timcunningham@dwt.com

*Attorneys for Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD, ALICE HELD, and DALE STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendant. | Lead Case No.<br>9:23-cv-00056-DWM<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Notice is hereby given that, effective March 11, 2024, attorney Tim Cunningham of Davis Wright Tremaine LLP has a new address.

Please serve all correspondence and future pleadings at the following address:

-2-

Davis Wright Tremaine, LLP
560 SW Tenth Avenue, Suite 700
Portland, OR 97205

DATED: March 13, 2024

                                                s/ Tim Cunningham
                                                Tim Cunningham
                                                DAVIS WRIGHT TREMAINE LLP
                                                560 SW Tenth Avenue, Suite 700
                                                Portland, OR  97205
                                                Telephone: (503) 241-2300
                                                Facsimile:  (503) 778-5299
                                                timcunningham@dwt.com

                                                *Attorneys for Plaintiffs*