# **EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>*Plaintiffs,*<br>and<br><br>TIKTOK INC.,<br><br>*Consolidated Plaintiff,*<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,*<br><br>*Defendant.* | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS** |

All parties, through their respective counsel, have jointly moved for a stay of proceedings pending the adjudication of Consolidated Plaintiff TikTok Inc.'s constitutional challenge to the Protecting Americans from Foreign Adversary Controlled Applications Act, which is pending in the U.S. Court of Appeals for the D.C. Circuit.

Accordingly, IT IS HEREBY ORDERED that

1. The proceedings in this case shall be stayed pending resolution of Consolidated Plaintiff's petition for review in the D.C. Circuit of the Protecting Americans from Foreign Adversary Controlled Applications Act; and

2.  The parties shall file a status report within 30 days of the final adjudication of the D.C. Circuit action.

DATED this _____ day of _____, 2024.

_____
Donald W. Molloy, District Judge
United States District Court