IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>        Plaintiffs,<br>and<br><br>TIKTOK INC.,<br><br>        Consolidated Plaintiff,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>        Defendant. | Lead Case No.<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br><br>ORDER |

    The parties have jointly moved for a stay of proceedings pending the adjudication of Consolidated Plaintiff TikTok Inc.'s constitutional challenge to the Protecting Americans from Foreign Adversary Controlled Applications Act, which is pending in the United States Court of Appeals for the District of Columbia Circuit.  (Doc. 134.)

    IT IS ORDERED that the motion (Doc. 134) is GRANTED.  Proceedings in this case shall be stayed pending resolution of Consolidated Plaintiff's petition for review in the D.C. Circuit of the Protecting Americans from Foreign Adversary

Controlled Applications Act. The stay will be lifted if this Court's preliminary injunction Order (Doc. 113) is reversed by the United States Court of Appeals for the Ninth Circuit. (*See* Doc. 119.)

IT IS FURTHER ORDERED that the parties shall file a status report within 30 days of the final adjudication of the D.C. Circuit action.

DATED this 15th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court