IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., <br><br> Plaintiffs, <br> and <br><br> TIKTOK INC., <br><br> Consolidated Plaintiff, <br><br> vs. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana, <br><br> Defendant. | Lead Case No. <br> CV 23–56–M–DWM <br><br> Member Case No. <br> CV 23–61–M–DWM <br><br><br> ORDER |

The parties have jointly moved for a stay of proceedings pending the President's determination of an appropriate course of action with respect to TikTok in connection with the Protecting Americans from Foreign Adversary Controlled Applications Act. (Doc. 136.)

Accordingly, IT IS ORDERED that the motion, (Doc. 136), is GRANTED. Proceedings in this case shall be stayed pending the President's determination. The stay will be lifted if this Court's preliminary injunction Order, (Doc. 113), is

1

reversed by the United States Court of Appeals for the Ninth Circuit. (*See* Doc. 119.)

IT IS FURTHER ORDERED that the parties shall file a status report within 30 days of the President's determination.

DATED this 19th day of February, 2025.

Donald W. Molloy, District Judge
United States District Court