IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　Plaintiffs,<br>　and<br><br>TIKTOK INC.,<br><br>　　　　　Consolidated Plaintiff,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>　　　　　Defendant. | Lead Case No.<br>CV 23–56–M–DWM<br><br>Member Case No.<br>CV 23–61–M–DWM<br><br>ORDER |

On October 21, 2025, the parties filed a joint status report indicating that they stay in this matter should remain in place to permit time for a "qualified divestiture" to be completed under Executive Order 14352, 90 Fed. Reg. 47219 (Sept. 25, 2025). (Doc. 141.)

Accordingly, IT IS ORDERED that the parties' request to extend the stay is GRANTED. Proceedings in this case shall be stayed pending the divestiture identified above. The stay will be lifted if this Court's preliminary injunction

1

Order, (Doc. 113), is reversed by the United States Court of Appeals for the Ninth Circuit. (*See* Doc. 119.)

IT IS FURTHER ORDERED that the parties shall file a status report within 30 days of the completion of the contemplated divestiture or by March 16, 2026, whichever is earlier.

DATED this 22nd day of October, 2025.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court