Natasha Prinzing Jones
BOONE KARLBERG P.C.
201 West Main Street, Suite 300
Missoula, MT 59807
(406) 543-6646
npjones@boonekarlberg.com

*Attorney for Plaintiffs*

Rob Cameron
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

*Attorney for Consolidated Plaintiff*

Christian B. Corrigan
 *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
 P.O. Box 201401
Helena, MT 59620
(406) 444-2026
christian.corrigan@mt.gov

*Attorney for Defendant*

(additional counsel listed on signature page)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAMANTHA ALARIO, et al.,<br><br>　　　　　　　*Plaintiffs,*<br>and<br><br>TIKTOK INC.,<br><br>　　　　*Consolidated Plaintiff,*<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Attorney General of the State of Montana,*<br><br>　　　　　　　　*Defendant.* | CV 23-56-M-DWM<br>CV 23-61-M-DWM<br><br>**JOINT STIPULATION OF DISMISSAL** |

WHEREAS, the complaints for injunctive and declaratory relief filed in the above-captioned consolidated matters challenge the constitutionality of Montana SB 419, "An Act Banning TikTok in Montana;"

WHEREAS, Section 4 of SB 419 states, "[This act] is void if tiktok is acquired by or sold to a company that is not incorporated in any other country designated as a foreign adversary in 15 C.F.R. 7.4 at the time tiktok is sold or acquired;"

WHEREAS, all parties agree that SB 419 is void because Section 4 has been triggered as a result of the transaction described in President Trump's Executive Order 14352, "Saving TikTok While Protecting National Security," 90 Fed. Reg. 47219 (Sept. 25, 2025):

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned consolidated matters be voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs.

DATED this 20th day of February, 2026.

*/s/ Natasha Prinzing Jones*  
Natasha Prinzing Jones  
BOONE KARLBERG P.C.  
201 West Main Street, Suite 300  
Missoula, MT 59807  

*/s/ Christian B. Corrigan*  
Christian B. Corrigan  
  *Solicitor General*  
MONTANA DEPARTMENT OF JUSTICE  
P.O. Box 201401

(406) 543-6646
npjones@boonekarlberg.com

Ambika Kumar*
Tim Cunningham*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 330
Seattle, WA 98104-1610
(206) 662-3150
ambikakumar@dwt.com
timcunningham@dwt.com
*admitted pro hac vice

*Attorneys for Plaintiffs Samantha Alario, Heather DiRocco, Carly Ann Goddard, Alice Held, and Dale Stout*

/s/ Rob Cameron
Rob Cameron
JACKSON, MURDO GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

Alexander A. Berengaut*
Megan A. Crowley*
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com
*admitted pro hac vice

*Attorneys for Consolidated Plaintiff TikTok Inc.*

Helena, MT 59620
(406) 444-2026
christian.corrigan@mt.gov

*Attorney for Defendant*