UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMANTHA ALARIO; HEATHER DIROCCO; CARLY ANN GODDARD; ALICE HELD; DALE STOUT; TIKTOK, INC.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>Defendant - Appellant. | No. 24-34<br><br>D.C. No. 9:23-cv-00056-DWM<br><br>District of Montana, Missoula<br><br>MANDATE |

The judgment of this Court, entered September 01, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT